This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**HOWARD FELDMAN,**

Plaintiff-Appellant,

v.                                                            **NO. 30,148**

**MARCUS SCHANDELWEIN and**
**EXECUTIVE AUTOMOTIVE,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Daniel A. Sanchez, District Judge**

Howard A. Feldman
Santa Fe, NM

Pro Se Appellant

Rudy Martin
Espanola, NM

for Appellees

**MEMORANDUM OPINION**

**FRY, Chief Judge.**

Summary reversal was proposed for the reasons stated in the calendar notice.

No memorandum opposing summary reversal has been filed, and the time for doing

so has expired. This case is remanded for further proceedings consistent with our calendar notice.

**IT IS SO ORDERED.**

_____
**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

_____
**LINDA M. VANZI, Judge**

3